**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIOLET ELIZABETH GRAYSON,

Plaintiff,

vs.

RESSLER & RESSLER; ELLEN WERTHER; BRUCE RESSLER; TRADEWINDS HOLDINGS INC.; COREOLIS HOLDINGS INC.; RICHARD RESSLER; ORCHARD CAPITAL CORPORATION; GORDON & REES, SCULLY & MANSUKHANI LLP; LYNN GOLLIN; ROBERT MAYER; MARCUM LLP; MARCUM RACHLIN; BARRY MUKAMAL; SUSMAN GODFREY LLP; and BILL CARMODY,

Defendants.

Case No. 1:15-cv-08740

**MOTION TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Pursuant to 28 U.S.C. §§ 1404(a), 1408(2), and 1412, Defendants Coreolis Holdings, Inc., TradeWinds Holdings, Inc., Richard Ressler, Orchard Capital Corporation, Ressler & Ressler, Ellen Werther, and Bruce Ressler hereby move for entry of an order transferring this action to the Southern District of Florida, and granting such other and further relief as the Court deems just and proper. As set forth in further detail in the accompanying Memorandum of Law and Declaration, the Court should transfer this action to the Southern District of Florida because Plaintiff'' claims arise in, or alternatively, are related to a bankruptcy case currently pending before that Court, *In re Tradewinds Airlines, Inc.*, No. 08-20394-BKC-AJC (S.D. Fla., filed July 25, 2008).

Dated: November 9, 2015

Respectfully submitted,

By: [signature]

Ellen R. Werther
Bruce J. Ressler
RESSLER & RESSLER
48 Wall Street
New York, NY 10005
Telephone: (212) 594-6446
ewerther@resslerlaw.com
*For Defendants Coreolis Holdings, Inc., TradeWinds Holdings, Inc., Richard Ressler, Orchard Capital Corporation, Ressler & Ressler; Ellen Werther; and Bruce Ressler*

VIOLET ELIZABETH GRAYSON
*Attorney at Law*
548 West 148th Street
New York, New York 10031
Telephone: 646.406.1512
vegrayson@gmail.com
*For Plaintiff*

GORDON & REES LLP
Capri Trigo
200 S. Biscayne Blvd., Suite 4300
Miami, Florida 33131
Telephone: 305-428-5300
*For Barry Mukamal, Bankruptcy Trustee in the TradeWinds Airlines Bankruptcy Case; and Trustee's Bankruptcy Counsel, Gordon & Rees, Scully & Mansukhani LLP*

L'ABATTE, BALKAN, COLAVITA & CONTINI, LLP
Anthony P. Colavita
1001 Franklin Avenue
Garden City, NY 11530
Telephone: 516-294-8844

*For, the Bankruptcy Trustee's Professional Advisors, Marcum LLP and Marcum Rachlin*

SUSMAN GODFREY LLP
Mark H. Hatch-Miller
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
*For, the Bankruptcy Trustee's Special Litigation Counsel*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) SS:
COUNTY OF NEW YORK )

CATHLEEN R. GUARNERI, being duly sworn deposes and says:

I am not a party to the action, am over the age of 18 years and reside in Richmond County, New York.

That on the 9th day of November, 2015, I served the within **MOTION TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA** upon the parties listed below, via Email and Regular Mail, at their respective addresses, the address for said purpose by depositing a true copy of same enclosed in a post-paid addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

To:

VIOLET ELIZABETH GRAYSON
*Attorney at Law*
548 West 148th Street
New York, New York 10031
(646) 406-1512
Email: vegrayson@gmail.com
*For Plaintiff*

SUSMAN GODFREY LLP
Mark H. Hatch-Miller
560 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 336-8330
Email: mhatch-miller@susmangodfrey.com
*For the Bankruptcy Trustee's Special Litigation Counsel*

GORDON & REES LLP
Capri Trigo
200 S. Buscayne Blvd., Suite 4300
Miami, Florida 33131
(305) 428-5300
Email: ctrigo@gordonrees.com
For Baryy Mukamal, Bankruptcy Trustee in the Tradewinds Airlines Bankruptcy Case; and Trustee's Bankruptcy Counsel, Gordon & Rees, Scully & Mansukhani, LLP

L'ABBATE, BALKAN COLAVITA & CONTINI, LLP
Anthony P. Colavita
1001 Franklin Avenue
Garden City, New York 11530
(516) 294-8844
Email: acolavita@lbcclaw.com
*For the Bankruptcy Trustee's Professional Advisors, Marcum LLP and Marcum Rachlin*

CATHLEEN R. GUARNERI

SWORN TO BEFORE ME ON THIS
9TH DAY OF NOVEMBER, 2015

NOTARY PUBLIC

**MARY ANN PEDUTO**
**Notary Public, State of New York**
**No. 01PE4896894**
**Qualified in Kings County**
**Commission Expires Nov. 23, 2017**