UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/11/15

VIOLET ELIZABETH GRAYSON,

Plaintiff,

-against-

RESSLER & RESSLER; ELLEN WERTHER; BRUCE RESSLER; TRADEWINDS HOLDINGS INC.; COREOLIS HOLDINGS INC.; RICHARD RESSLER; ORCHARD CAPITAL CORPORATION; GORDON & REES, SCULLY & MANSUKHANI LLP; LYNN GOLLIN; ROBERT MA YER; MARCUM LLP; MARCUM RACHLIN; BARRY MUKAMAL; SUSMAN GODFREY LLP; and BILL CARMODY,

Defendants.

**ORDER**

15 Civ. 8740 (ER)

Ramos, D.J.:

After reviewing Defendants' two letter motions requesting the Court to stay its determination of Defendants' motion to transfer venue (Doc. 6) and requesting a pre-motion conference regarding Plaintiff's purported voluntary stipulation of dismissal (Doc. 8), as well as Plaintiff's response (dated Nov. 11, 2015) and Defendants' response (Doc. 10), the Court hereby:

- ADJOURNS the pre-motion conference currently scheduled for November 12, 2015;
- STAYS all pleading deadlines, including a stay of Defendants' obligation to file responsive pleadings under Federal Rule of Civil Procedure 81(c)(2); and
- STAYS the entire action until after the United States Bankruptcy Court for the Southern District of Florida ("Bankruptcy Court") has ruled on Defendants' Emergency Motion (Doc. 5, Ex. 3) filed before it in Case No. 08-20394-BKC-AJC.

The parties are hereby ordered to inform the Court **within two (2) business days** of the Bankruptcy Court's ruling on Defendant's Emergency Motion.

It is SO ORDERED.

Dated: November 11, 2015
New York, New York

Edgardo Ramos, U.S.D.J.