Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLET ELIZABETH GRAYSON,

Plaintiff,

-against-

RESSLER & RESSLER, ELLEN WERTHER, BRUCE RESSLER, TRADEWINDS HOLDINGS INC., COREOLIS HOLDINGS INC., RICHARD RESSLER, ORCHARD CAPITAL CORPORATION, GORDON & REES, SCULLY & MANSUKHANI LLP, LYNN GOLLIN, ROBERT MAYER, MARCUM LLP, MARCUM RACHLIN, BARRY MUKAMAL, SUSMAN GODFREY LLP, and BILL CARMODY,

Defendants.

Case No. 1:15-cv-08740-ER

DISMISSAL WITHOUT PREJUDICE

WHEREAS, as a consequence of Defendants' removal of this action to federal court, some ambiguity has arisen as to the efficacy of a dismissal without prejudice which Plaintiff filed in New York State Court, Plaintiff hereby dismisses (or "re-dismisses") ***without prejudice*** the parties listed below:

Gordon & Rees, Scully & Mansukhani, One Battery Park Plaza, New York, N.Y. 10004

Lynn Gollin, c/o Gordon & Rees, Scully & Mansukhani, 200 South Biscayne Blvd., Suite 4300, Miami, FL. 33131

Robert Mayer, c/o Gordon & Rees, Scully & Mansukhani, 200 South Biscayne Blvd., Suite 4300, Miami, FL. 33131

Marcum LLP, 750 3rd Avenue, 11th Floor, New York, N.Y. 10017

Marcum Rachlin, 750 3rd Avenue, 11th Floor, New York, N.Y. 10017

Barry Mukamal, c/o Kapila & Company, 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316

Susman Godfrey LLP, 560 Lexington Avenue, 15th Floor, New York, N.Y. 10022-6828

Bill Carmody, c/o Susman Godfrey LLP, 560 Lexington Avenue, 15th Floor, New York, N.Y. 10022-6828

Plaintiff does ***not*** dismiss the remaining defendants in this action.

Dated: December 23, 2015

V. Elizabeth Grayson

Violet Elizabeth Grayson, Esq.
548 West 148th Street
New York, N.Y. 10031
(646) 406-1512
vegrayson@gmail.com

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 12/29/2015
New York, New York

## DECLARATION OF SERVICE

I, Violet Elizabeth Grayson declare that I am an attorney admitted to practice in this Court. On December 29, 2015, I served true and correct copies of the foregoing Dismissal Without Prejudice, on the parties whose names and addresses are listed on the foregoing pages, via United States mail First Class addressed as indicated.

Copies were previously served on all counsel of record via S.D.N.Y. ECF.

The foregoing is true and correct of my personal knowledge. This declaration was executed under penalty of perjury of the laws of the United States in New York, N.Y. on December 29, 2015.

V. Elizabeth Grayson

Violet Elizabeth Grayson