*V. Elizabeth Grayson*
*Attorney at Law*
*548 West 148th Street*
*New York, N.Y. 10031*
*(646) 406-1512*
*vegrayson@gmail.com*

Honorable Edgardo Ramos
United States District Court
40 Foley Square
New York, New York 10007

February 4, 2016

Re: *Grayson v. Ressler & Ressler et al.* *Case No. 1:15-cv-08740-ER*

Dear Judge Ramos:

I have just received Ellen Werther's letter of today's date. I disagree with Ms. Werther's statement that this Court lacks jurisdiction, and object to her suggestion that the case be remanded to state court.

Thank you for your attention to this case.

Respectfully,

S/s
Violet Elizabeth Grayson

cc: All counsel via ECF