UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLET ELIZABETH GRAYSON,

Plaintiff,

-against-

RESSLER & RESSLER; ELLEN WERTHER; BRUCE RESSLER; TRADEWINDS HOLDINGS INC.; COREOLIS HOLDINGS INC.; RICHARD RESSLER; and ORCHARD CAPITAL CORPORATION,

Defendants.

**ORDER**

15 Civ. 8740 (ER)

Ramos, D.J.:

After reviewing the parties' submissions (Docs. 19–23), the Court hereby:

- LIFTS the stay previously entered on November 11, 2015 (Doc. 11)
- DENIES Defendants' motion for remand (Docs. 19, 22); and
- GRANTS Plaintiff leave to file a complaint on or before **March 18, 2016**.

Defendants must then file responsive pleadings or motions in accordance with the standard rules in the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, and this Court's Individual Rules.

Furthermore, in a letter dated February 4, 2016 (Doc. 19), Defendants stated their intent to withdraw their motion to transfer venue. The Clerk of the Court is thus respectfully directed to terminate that motion (Doc. 3).

It is SO ORDERED.

Dated: February 24, 2016
New York, New York

Edgardo Ramos, U.S.D.J.