USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/25/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLET ELIZABETH GRAYSON,

Plaintiff,

-against-

RESSLER & RESSLER, ELLEN WERTHER, BRUCE RESSLER, TRADEWINDS HOLDINGS INC., COREOLIS HOLDINGS INC., RICHARD RESSLER, and ORCHARD CAPITAL CORPORATION,

Defendants.

**ORDER**

15 Civ. 8740 (ER)

Ramos, D.J.:

On April 21, 2017, Plaintiff Violet Elizabeth Grayson (the "Plaintiff") filed an Amended Complaint. (Doc. 97). Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff was allowed to file the Amended Complaint as of right, and further, pursuant to this Court's Order on April 10, 2017 (Doc. 95), which extended Plaintiff's deadline to respond to Defendants' motion to dismiss to April 27, 2017, the Amended Complaint is timely filed.

Accordingly, the Court hereby dismisses without prejudice Defendants' motion to dismiss as moot. The Clerk of Court is respectfully directed to terminate the motion, Doc. 84.

Plaintiff also submitted a letter motion on April 21, 2017, requesting, *inter alia*, that this Court strike all documents from the docket that quote from or paraphrase the Trustee's Statement on Termination of Violet Elizabeth Grayson as Special Litigation Counsel ("Trustee's Statement"). (Doc. 98). Defendants are directed to respond by **Tuesday May 2, 2017**, specifically addressing whether they may publically file documents in this action that quote or paraphrase the Trustee's Statement.

It is SO ORDERED.

Dated: April 25, 2017
New York, New York

Edgardo Ramos, U.S.D.J.