**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
VIOLET ELIZABETH GRAYSON,

Plaintiff,

v.

RESSLER & RESSLER, ELLEN WERTHER, and BRUCE RESSLER,

Defendants.

---------------------------------------------------------x

**Case No. 1:15-cv-08740 (ER)**

**ECF Case**

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon Defendants' Rule 56.1 Statement of Material of Material Facts as to which There is No Genuine Issue of Fact to be Tried, dated December 20, 2017, the Defendants' Attorney's Declaration in Support of the Motion for Summary Judgment, dated December 20, 2017, and the exhibits thereto, including the Declaration of Robert M. Mayer, sworn to November 1, 2017, the Declaration of Bruce J. Ressler, sworn to December 20, 2017, and the Declaration of Ellen R. Werther, sworn to December 20, 2017, and upon the accompanying Memorandum of Law, Defendants Ressler & Ressler, Bruce Ressler and Ellen Werther shall move before the Honorable Edgardo Ramos, U.S.D.J. of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, New York, for an Order granting summary judgment in favor of Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such additional relief as the Court deems just and proper.

Dated: New York, New York
December 20, 2017

RESSLER & RESSLER

By: ______________________

Bruce J. Ressler
Ellen R. Werther
48 Wall Street
New York, NY 10005
212-695-6446
bressler@resslerlaw.com
ewerther@resslerlaw.com
*For Defendants Ressler & Ressler, Ellen Werther and Bruce J. Ressler*

TO:

VIOLET ELIZABETH GRAYSON
*Attorney at Law*
270 Ninth Avenue
San Francisco, CA 94118
Telephone: 646.406.1512
vegrayson@gmail.com
*For Plaintiff*