USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VIOLET ELIZABETH GRAYSON,

                Plaintiff,

      -against-

RESSLER & RESSLER, ELLEN WERTHER,
and BRUCE RESSLER,

                Defendants.
------------------------------------------------------------X

15 **CIVIL** 8740 (ER)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 27, 2018, Defendants' motion for summary

judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        July 30, 2018

                        **RUBY J. KRAJICK**

                        _____
                        **Clerk of Court**

      **BY:**

                        _____
                        **Deputy Clerk**